UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 26 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SERGIO TELLO-CARRILLO (1),<br><br>    Defendant. | CASE NO. 11CR3503-JLS<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** an indictment has been filed in case #11CR3698-JLS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_X_** of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii)and(v)(II)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: AUGUST 23, 2011

                 BERNARD G. SKOMAL
                 UNITED STATES MAGISTRATE JUDGE